SOMERSET, 1851. — WOOD *versus* ESTES & *trustees.*

THIS is an appeal, between the principal parties, taken from the District Court.

SHEPLEY, C. J. — The appeal brings up the disclosures for adjudication here.

Stewart moves that the case be dismissed, for the alleged reason, that the sureties in the appeal-recognizance are insufficient.

The recognizance was taken before a justice of the peace, under

the general Act of Amendment of 1841, by which ten days may be allowed for the taking of a recognizance in that mode.

PER CURIAM. — The judgment of the justice as to the sufficiency of the sureties is final. The motion is overruled.